# JOSEPH & KIRSCHENBAUM LLP

Attorneys at Law

| | |
|---|---|
| Charles Joseph | 32 Broadway, Suite 601 |
| D. Maimon Kirschenbaum | New York, NY 10004 |
| Denise Schulman | Phone 212) 688-5640 |
| Josef Nussbaum | Fax (212) 688-2548 |
| Lucas Buzzard | www.jk-llp.com |

September 26, 2019

**VIA ECF**

Honorable Gregory H. Woods
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

> Re:    *Jenkins v. Crafted Beekman, LLC, et al*, 19 CV 4207 (GHW)

Dear Judge Woods,

We represent Plaintiff in the above-referenced matter.  Together with counsel for Defendants, we write to respectfully request an adjournment by the initial pretrial conference in this matter.  By letter dated July 22, 2019, the parties informed the Court that they were planning to attend a mediation in September 2019.  In light of that submission and in the event the case was not resolved at mediation, the Court scheduled a pretrial conference for October 23, 2019.  However, due to various scheduling conflicts, the Parties were unable to schedule the mediation in September and are now scheduled to attend mediation on November 26, 2019. (*See* So Ordered Stipulation at Dkt. No. 26.)  Given the new mediation date, we respectfully request that the Court adjourn the initial pretrial conference to a date that is two weeks after the mediation.  This is the Parties first request for an adjournment of the conference and all Parties consent to this request.  The Parties are prepared to report back to the Court on the status of mediation efforts by December 3, 2019.

We thank the Court for its attention to this matter.

Respectfully submitted,

**JOSEPH & KIRSCHENBAUM LLP**

_/s/ Josef Nussbaum_

D. Maimon Kirschenbaum
Josef Nussbaum
32 Broadway, Suite 601
New York, NY 10004
(212) 688-5640

cc: All Counsel of Record (via ECF)