UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KEVIN JENKINS, on behalf of himself and others similarly situated,

                 Plaintiff,

v.

CRAFTED BEEKMAN, LLC d/b/a CRAFTED at the BEEKMAN HOTEL and TOM COLICCHIO,

                 Defendants.

19-CV-4207 (GHW)

---

## STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED that this action has been discontinued and is hereby dismissed without prejudice, without costs or attorneys' fees to any party against any other. This Stipulation may be filed with the Court without further notice to any party.

Dated: New York, New York
        December 3, 2019

For the Plaintiffs:

JOSEPH KIRSCHENBAUM LLP

By: _____
    D. Maimon Kirschenbaum, Esq.
    Josef Nussbaum, Esq.
    32 Broadway, Suite 601
    New York, New York 10004
    (212) 688-5640
    maimon@jk-llp.com
    jnussbaum@jk-llp.com

*Attorneys for Plaintiff*

For the Defendants:

GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP

By: _____
    Alexander Wilde Leonard, Esq.
    Jeffrey Miller, Esq.
    711 Third Avenue, 17th Floor
    New York, New York 10017
    (212) 907-7300
    aleonard@golenbock.com
    jmiller@golenbock.com

*Attorneys for Defendants*

**SO ORDERED:**

_____
**U.S.D.J.**